# Court of Appeals
# of the State of Georgia

ATLANTA,  March 01, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1181.  HILL v. HILL.

Upon consideration of appellant's motion for remand in the above-styled case, it is hereby ordered that the motion is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/01/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*